# ELECTRONIC RECORD

COA # 01-13-00954-CR     OFFENSE: 21.1 (Sexual Abuse of Child)

STYLE: Raymond Buchanan, Jr. v. The State of Texas     COUNTY: Brazoria

COA DISPOSITION: AFFIRM     TRIAL COURT: 300th District Court

DATE: 12/16/2014     Publish: NO     TC CASE #: 68872

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Raymond Buchanan, Jr. v. The State of Texas     CCA #: 063-15

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 04/15/2015

JUDGE: _[signature]_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**